FORM B10 (Official Form 10) (9/97)  USBC, EDVA (3/5/98)

*FOR CHAPTER 13 ONLY: FILE IN DUPLICATE WITH CLERK. IN TRIPLICATE FOR DATE-STAMPED COPY, SEE #9 BELOW

| United States Bankruptcy Court<br>District of Maryland, Greenbelt Division | Ch 7 __  X Ch 13 __  Ch 11 __<br>PLEASE CHECK CHAPTER |
|---|---|
| Name of Debtor<br>Ganiat A. Aiyegoro | Case Number<br>08-22050-TJC | **PROOF OF CLAIM** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address Where Notices Should be Sent

Wells Fargo Bank, N.A.
1 Home Campus
Des Moines, IA 50328

Telephone No. (803)396-6000

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Creditor # _____

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
0051316883

Check here if this claim ☐ amends ☐ replaces a previously filed claim dated: _____

**1. BASIS FOR CLAIM**

☐ Goods sold
☒ Money loaned
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
☐ Services performed
☐ Personal injury/wrongful death
☐ Other _____
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date)  (date)

**2. DATE DEBT WAS INCURRED:** February 28, 2005

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. Total Amount of Claim at Time Case Filed:** $ 447,675.37 as of the September 19, 2008 Filing date.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☒ Real Estate
☐ Motor Vehicle
☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $ 12,187.52

**6. Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4000), *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan-11 U.S.C. §507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units-11 U.S.C.§507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a) _____

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. ANY ATTACHMENT MUST BE 8-1/2" BY 11"
**9. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and an additional copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br>09/30/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Wells Fargo Bank, N.A. By: /s/ Brian S. McNair, Its Attorney |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

Debtor: Ganiat A. Aiyegoro                                    CASE No.08-22050-TJC

I.   Pre-Petition Arrearages:

| | | |
|---|---|---|
| 3 Monthly payments<br>(07/2008 - 09/2008) | @ $2,902.54 | $8,707.62 |
| Accrued Late charges<br>(07/2008 - 09/2008) | | $306.39 |
| Escrow Shortage | | $3,173.51 |
| **Total** | | $12,187.52 |

The parties are advised that fees for preparation of a Proof of Claim, review of Chapter 13 Plan and representation in a case prior to the confirmation of the case are considered a post-petition expense and, therefore, not reflected above. Fees vary and often can range from $150.00 to $250.00. Updated figures may be obtained upon request of Counsel.

II.   11 U.S.C. Section 1325(a) (4) Test:

The creditor advises Counsel for the Debtor and Trustee that the payoff balance on the Deed of Trust Note as of the September 19, 2008 filing date was $ 447.675.37.

**cc: Jonathan P. Morgan, Esquire**
**Nancy L. Spencer Grigsby, Trustee**