IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                              *

    GANIAT A. AIYEGORO                      *     Case No.08-22050-TJC
                                                          (Chapter 13)
    Debtor                                  *

*   *   *   *   *   *   *   *   *   *   *   *   *

    GANIAT A. AIYEGORO                      *

    Movants                                 *

v.                                                  *

    BANK OF AMERICA                         *     Account No. xxxxxx2207

    Respondent                              *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER AVOIDING LIEN OF LITTON LOAN

Upon consideration of the foregoing Motion to Avoid Lien of Bank of America, and any response thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the claim of Bank of America be and hereby is deemed wholly unsecured; and it is further

**ORDERED**, that at such time as a discharge Order is entered pursuant to 11 U.S.C. §1328(a) in this case, the lien held in favor of Bank of America on Debtor's real property described as: 4502 Valiant Trace, Bowie, Maryland 20720, shall be void; and it is further

**ORDERED**, that any timely filed claim of Bank of America shall be allowed as a general unsecured claim under the Debtors' plan; and it is further

**ORDERED**, that Bank of America shall record a release of its lien in the appropriate office of land records upon notice of the Debtor's discharge from Chapter 13.

cc:   Jonathan P. Morgan
      Bank of America
      Nancy L. Spencer-Grigsby

**End of Order**