**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | | |
|---|---|---|---|
| In re: | * | | |
| GANIAT A. AIYEGORO | * | Case No.08-22050-TJC (Chapter 13) | |
| Debtor | * | | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| GANIAT A. AIYEGORO | * | |
| Movants | * | |
| v. | * | |
| BANK OF AMERICA | * | Account No. xxxxxx2207 |
| Respondent | * | |

* * * * * * * * * * * * *

**AMENDED NOTICE OF DEBTOR(S)' MOTION TO AVOID LIEN ON PRINCIPAL RESIDENCE PURSUANT TO 11 U.S.C. §506 AND HEARING THEREON**

A motion was filed on behalf of the Debtor(s) to avoid a lien held by Bank of America. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.) A copy of the motion is attached.

If you do not want the Court to grant the motion to value collateral, or if you want the Court to consider your views on the motion, then by **December 15, 2008** you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Jonathan P. Morgan
414 Hungerford Dr., Ste. 252
Rockville, MD 20850

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **January 9, 2009, 10:00 a.m.**, at 6500 Cherrywood Lane, 3rd Floor Courtroom, Greenbelt, MD 20770.

If you or your lawyer do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Date: 11/13/08　　　　　　　　　　　　　　　/s/ Jonathan P. Morgan

　　　　　　　　　　　　　　　　　　　　　Jonathan P. Morgan, #12969
　　　　　　　　　　　　　　　　　　　　　Morgan Rose, LLC
　　　　　　　　　　　　　　　　　　　　　414 Hungerford Dr., Ste. 252
　　　　　　　　　　　　　　　　　　　　　Rockville, MD 20850
　　　　　　　　　　　　　　　　　　　　　(301) 838-2010
　　　　　　　　　　　　　　　　　　　　　jon@morganroselaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November 2008, a copy of the foregoing Notice of Motion to Avoid Lien on Principal Residence was served by certified mail to:

Kenneth D. Lewis, President & CEO
Bank of America Corporation
100 N. Tryon Street
Charlotte, NC 28255

and by CM/ECF e-mail to:

Nancy L. Spencer-Grigsby
Chapter 13 Trustee
4201 Mitchellville, Rd. Ste. 401
Bowie, MD 20716

　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan P. Morgan
　　　　　　　　　　　　　　　　　　　　　Jonathan P. Morgan, #12969